UMBERG ZIPSER LLP
Mark Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Mei Tsang, Esq. (SBN 237959)
mtsang@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

DONALD L. JACKSON (*pro hac vice*)
djackson@davidsonberquist.com
DAVIDSON BERQUIST JACKSON &
 GOWDEY LLP
8300 Greensboro Drive, Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765-7200

Attorneys for Plaintiff
OPUS ONE D/B/A CONTEST
FACTORY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS ONE CORPORATION D/B/A CONTEST FACTORY, <br><br> Plaintiff, <br><br> v. <br><br> TELESCOPE INC., <br><br> Defendant. | Case No. 8:22-cv-00804-JAK-SHK <br><br> **JOINT STATUS REPORT RE SETTLEMENT** <br><br> OSC Date:    May 22, 2023 <br> Time:    8:30 a.m. |

Plaintiff Opus One Corporation dba Contest Factory and Defendant Telescope Inc. (collectively, the "Parties"), by and through their counsel, hereby jointly provide this status report in response to the Court's May 8, 2023 Order setting an OSC re Dismissal for May 22, 2023, and further ordering the parties to file a joint status report in the event a dismissal is not filed by May 17, 2023. (Dkt. 50.)

The Parties have executed a written settlement agreement. Pursuant to the terms of the settlement agreement, the Parties expect to file a Joint Request to Dismiss the entire Lawsuit with prejudice on or before Friday, May 19, 2023.

Dated: May 16, 2023

*/s/ Mark Finkelstein*
Mark Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Mei Tsang, Esq. (SBN 237959)
mtsang@umbergzipser.com
UMBERG ZIPSER LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Donald L. Jackson
djackson@davidsonberquist.com
DAVIDSON BERQUIST JACKSON &
GOWDEY, LLP
8300 Greensboro Drive, Suite 500
McLean, Virginia 22102
Telephone: 571-765-7700
Facsimile: 571-765-7200

Attorney for Plaintiff
OPUS ONE CORPORATION D/B/A
CONTEST FACTORY

{254867.1}

1

1

2
   Dated: May 16, 2023                     */s/ Talin Gordnia*

3
                                      Talin Gordnia

4
                                        James C. Yoon

5
                                        WILSON SONSNI GOODRICH & ROSATI

6
                                        650 Page Mill Road

7
                                        Palo Alto, CA 94304-1050

8
                                        Telephone: 650-493-9300

9
                                        Facsimile: 650-565-5100

10
                                        jyoon@wsgr.com

11
                                        Talin Gordnia

12
                                        WILSON SONSINI GOODRICH & ROSATI

13
                                        Professional Corporation

14
                                        1900 Avenue of the Stars, 28th Floor

15
                                        Los Angeles, CA 90067

16
                                        Telephone: 424-446-6918

17
                                        tgordnia@wsgr.com

18
                                        Attorney for Defendant

19
                                        TELESCOPE INC.

20

21

22

23

24

25

26

27
{254867.1}

28

JOINT STATUS REPORT RE SETTLEMENT
Case 8:22-cv-00804-JAK-SHK

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4., the signatory listed, and on whose behalf the filing is submitted, has concurred in the filing's content and has authorized the filing.

Dated: May 16, 2023

UMBERG ZIPSER LLP

Mark A. Finkelstein
Attorney for Plaintiff
OPUS ONE CORPORATION D/B/A
CONTEST FACTORY

{254867.1}

3