# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS ONE CORPORATION D/B/A CONTEST FACTORY,<br><br>Plaintiff,<br><br>v.<br><br>TELESCOPE INC.,<br><br>Defendant. | No. 8:22-cv-00804-JAK-SHK<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE (DKT. 53)**<br><br>**JS-6** |

Based on a review of the parties' Joint Stipulation to Dismiss Case (Dkt. 53, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice. Each party shall bear its own fees and costs associated with this action.

**IT IS SO ORDERED.**

DATED: May 25, 2023

_____
John A. Kronstadt
United States District Judge

{255077.1}